NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-15-0000654**
**06-JAN-2016**
**09:50 AM**

NO. CAAP-15-0000654

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
NINA WAILANA NOBRIGA, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 14-1-0930)

ORDER APPROVING THE DECEMBER 31, 2015
STIPULATION FOR DISMISSAL OF APPEAL
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal (Stipulation), filed December 31, 2015, by Defendant-Appellant Nina Wailana Nobriga (Appellant), the papers in support, and the record, it appears that (1) the appeal was docketed October 29, 2015; (2) Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(b) authorizes the court to dismiss a docketed appeal upon a stipulation; (3) the parties seek to dismiss this appeal by stipulation; (4) the Stipulation includes Appellant's declaration showing she understands the consequences of voluntary dismissal, consistent with HRAP Rule 42(c).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, January 6, 2016.

Presiding Judge

Associate Judge

Associate Judge